Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT FISCHETTI, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESSE KAHN, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AARON MASTERS, Appellant.— Motion for enlargement of time granted, and case ordered placed at foot of October term calendar. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK PALMISANO, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN SAMUELSON, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELO YALE, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

MARK A. REARDON, Respondent, v. HELEN M. REARDON, JANE-ANN CORPORATION and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that within fourteen days from the entry of the order herein the bonds and mortgages, together with the assignments, be filed in the office of the clerk of Westchester county, there to await the determination of the appeal: otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

MARK A. REARDON, Respondent, v. HELEN M. REARDON, JANE-ANN CORPORATION and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that within fourteen days from the entry of the order herein the bonds and mortgages, together with the assignments, be filed in the office of the clerk of Westchester county, there to await the determination of the appeal; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

FRANK RICHARDSON, Respondent, v. THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, Appellant.— Motion for stay of trial granted upon condition that appellant perfect the appeal for October ninth (for which day the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

IRENE J. ROBERTS, Respondent, v. ARTHUR HARDONCOURT, Appellant.— Motion to correct papers on appeal granted; papers and omitted exhibit to be